# EXHIBIT A
# ADDITIONAL DEFICIENCIES IDENTIFIED AT
# GAS PROCESSING FACILITIES

Based on information provided by the Escambia's Area Superintendent, the Gas Processing Facilities require the following corrective actions:

a. replacement and/or of the Steam Condensate Pumps- Header #1 and Header #2;

b. replacement and/or repair of the north solvent pump;

c. replacement and/or repair #1 Hoffman blower;

d. replacement and/or repair of #3 Hoffman blower;

e. replacement and/or repair of Methanol Slugger Pump;

f. replacement and/or repair of Water Softeners;

g. requires additional boiler and process chemicals;

h. replacement and/or repair of north steam turbine BFW pump;

i. commission the Expander and upgrade the control system;

j. replacement and/or repair of #1 contactor;

k. commission and verify operations of the north stripper;

l. replace control room plant radios;

m. replacement and/or repair of Reactor #3;

n. replacement and/or repair of the incinerator;

o. upgrade and replace solar capsules;

p. replace catalyst within all 3 Claus reactors and Super clause reactor;

q. replace and/or repair RECO compressors;

r. replace furnace bypass valve;

#101850651v6

s.  replace solar recycle valve;

t.  replace COS analyzer;

u.  replace H2S analyzer;

v.  replace Sand filter water flow meters;

w.  correct the cement dike at the ponds; potential ADEM violation;

x.  replace FAA lighting located on the top of the incinerator stack;

y.  replace C3 compressors;

z.  repair spare Garner Denver air compressor;

aa. replace switchgear air conditioning;

bb. repair sulfur transfer line leaks;

cc. repair VRC discharge scrubber dump line;

dd. replace/repair VRC Compressor;

ee. replace air drier switching valve;

ff. repair and replace eyewash water lines; and

gg. replace/Repair acid gas pre-heater.