**Exhibit A**

**List of Swarek Related Entities**

| Entity | Location |
|---|---|
| Allstate Energy, Inc. | Mississippi |
| Antique Road, Inc. | Mississippi |
| Arkansas Crop Growers, Inc. | Arkansas |
| Arkansas Crop Growers, Inc. | Mississippi |
| Atlantis Energy, Inc. | Mississippi |
| Bayou Equipment Sales Inc | Mississippi |
| Bayou Louie Farm, Inc. | Mississippi |
| Bella B, Inc. | Mississippi |
| Black Diamond Services, Inc. | Mississippi |
| Blackbeard Operating LLC | Mississippi |
| Blackwater Property, LLC | Mississippi |
| Blue Diamond Energy, Inc. | Mississippi |
| Blue Diamond Oil Services, Inc. | Texas |
| Blue Diamond Services, Inc. | Mississippi |

| | |
|---|---|
| Blue Stone Natural Resources South Texas, LLC | Texas |
| Bluestone Natural Resources II – South Texas LLC | Texas |
| Buffalo Bill Cody's, Inc. | Mississippi |
| Carpet Mart, Inc. | Mississippi |
| Caspen Operating Company of Humphreys County, Inc. | Mississippi |
| Caspen Operating Company, Inc. | Mississippi |
| Catfish Shack | Mississippi |
| Cedar Lake Properties, LLC | Mississippi |
| Centuries Antiques, Inc. | Mississippi |
| Coastal Shipbuilding, Inc. | Mississippi |
| Delta Catfish Farming Management, Inc. | Mississippi |
| Delta Gran Procurement, Inc. | Mississippi |
| Diamond Star, Inc. | Mississippi |
| DJ2 Construction Company Inc. | Mississippi |

#102018050v2

| | |
|---|---|
| Dorado Drilling, Inc. | Arkansas |
| Dorado Leasing Company | Mississippi |
| El Dorado Gas & Oil, Inc. | Arkansas |
| El Dorado Oil & Gas Operating Company, Inc. | Arkansas |
| El Dorado Oil & Gas Operating Company, Inc. | Mississippi |
| El Dorado Oil & Gas, Inc. | Mississippi |
| Electiques, Inc. | Mississippi |
| English Lake Farms, Inc. | Mississippi |
| Escambia Assets Co., LLC | Delaware |
| Escambia Operating Co., LLC | Mississippi |
| Excell Operating, Inc. | Mississippi |
| Exotic Car Sales, Inc. | Mississippi |
| Family Worship Center of Jackson, Inc. | Mississippi |
| Feed My Sheep, Incorporated | Texas |
| Fill the Ship, Inc. | Mississippi |
| Floor Covering Land & Carpet Land of Longview, Texas, Inc. | Texas |
| Genesis Bio Diesel, Inc. | Arkansas |

4

#102018050v2

| | |
|---|---|
| Genesis Bio Diesel, Inc. | Owner |
| Glynn Farms, Inc. | Mississippi |
| Gold Recovery, LLC | Mississippi |
| Green Tick LLC | Mississippi |
| Green Tick, LLC | Mississippi |
| Gulf Coast Properties, LLC | Arkansas |
| H2Farms, Inc. | Texas |
| Hugoton Operating Company, Inc. | Arkansas |
| Kimberjay Oil & Gas, Inc. | Mississippi |
| Lexington Cotton Producers, Inc. | Mississippi |
| Longhorn Oilfield Solutions, Inc. | Mississippi |
| Lyle's Carpet Mart, Inc. | Mississippi |
| Magnolia Manor Holdings, LLC | Mississippi |
| Mississippi Custom Catfish Services, Inc. | Mississippi |
| Mississippi Delta Farmland, Inc. | Mississippi |
| Mississippi River Fish Company, inc. | Mississippi |
| NUB Holdings LLC | Texas |
| Ohio Machine Shop Inc | Mississippi |

| | |
|---|---|
| Oiltech, Inc. | Texas |
| Old Southern Auto Sales, Inc. | Mississippi |
| OU Station, Inc. | Unknown |
| Overcast Investments LLC | Mississippi |
| Overcast Oil, LLC | Texas |
| Pelican Industries, LLC | Mississippi |
| Pelican Ventures, Inc. | Mississippi |
| Peppermint Creek, Inc. | Mississippi |
| Precision Land Leveling, Inc. | Mississippi |
| Precisions Ag, Inc. | Mississippi |
| Red Star Oilfield Services, inc. | Mississippi |
| Royal AG Investments, Inc. | Unknown |
| S & K Investments, Inc. | Mississippi |
| S.C.S. Properties, Inc. | Mississippi |
| Seawind Construction, Inc. | Mississippi |
| SEKF | Unknown |
| Shakey Well Service, Inc. | Mississippi |
| Shop America, Inc. | Mississippi |
| Silver Diamond Inc | Mississippi |
| Southern Compression Company, Inc. | Mississippi |

6

#102018050v2

| | |
|---|---|
| Southern Gulf Investments, Inc. | Mississippi |
| Southern Harvest, Inc. | Mississippi |
| Southern MS Farming, Inc. | Mississippi |
| Southern Processing Company, Inc. | Mississippi |
| Sunflower Properties LLC | Mississippi |
| Sunflower Rentals, LLC | Mississippi |
| Sunnyside Farms, inc. | Mississippi |
| Sunnyside Well Service Inc. | Mississippi |
| Sunset Factoring Company, Inc. | Mississippi |
| Swarek Family Farm | Mississippi |
| Swarek Partnership | Mississippi |
| T&T Land Development, Inc. | Mississippi |
| Tandi Investments Inc. | Mississippi |
| The BBQ Pitt LLC | Mississippi |
| Tom Swarek Cattle Ranch, Inc. | Mississippi |
| Tom Swarek Double Bar Ranch, Inc. | Mississippi |
| Trinity Stem Cell Treatment Center | Unknown |
| Turkey Creek Auto, Inc. | Mississippi |
| Verona Construction, Inc. | Texas |

7

#102018050v2

| | |
|---|---|
| World AG Investment Inc. | Arkansas |
| World AG Investment, Inc. | Mississippi |
| World Aircraft, Inc. | Mississippi |
| Worldwide Imports, Inc. | Arkansas |
| Zapata Excell, Inc. | Mississippi |