**Exhibit B**

**Equipment Purchases**

#102018232v3

**Escambia**
**Asset Purchases: 2021, 2022, 2023**

| Date | Vendor | Amount ($) | Name of Purchaser |
|---|---|---|---|
| 06/10/2021 | Superior Energy Auctioneers | $342,400.50 | World Aircraft Inc. |
| 10/20/2021 | Texas National Bank | $250,000.00 | World Aircraft Inc. |
| 12/10/2021 | Superior Energy Auctioneers | $922,875.00 | World Aircraft Inc. |
| 01/24/2022 | Jeff Martin Auctioneers | $276,720.40 | World Aircraft Inc. |
| 02/17/2022 | Jeff Martin Auctioneers | $29,368.00 | Blue Diamond Services, Inc. |
| 02/22/2022 | Henderson Auctions | $ 7,450.55 | World Aircraft Inc. |
| 02/22/2022 | Henderson Auctions | $222,500.00 | World Aircraft Inc. |
| 02/28/2022 | Permian International | $10,860.50 | World Aircraft Inc. |
| 02/28/2022 | Permian International | $71,369.00 | World Aircraft Inc. |
| 02/28/2022 | Superior Energy Auctioneers | $177,085.00 | World Aircraft Inc. |
| 03/08/2022 | Henderson Auctions | $103,212.96 | World Aircraft Inc. |
| 03/08/2022 | Henderson Auctions | $77,272.54 | Blue Diamond Services, Inc. |
| 04/12/2022 | Ritchie Brothers Auctioneers | $55,590.00 | World Aircraft Inc. |
| 04/12/2022 | Permian International | $169,889.25 | World Aircraft Inc. |
| 04/12/2022 | Superior Energy Auctioneers | $214,053.50 | World Aircraft Inc. |
| 05/03/2022 | Permian International | $121,856.95 | World Aircraft Inc. |
| 06/13/2022 | Myron Bowling Auctioneers | $153,022.40 | World Aircraft Inc. |
| 06/12/2022 | Myron Bowling Auctioneers | $85,898.10 | World Aircraft Inc. |
| 06/12/2022 | Myron Bowling Auctioneers | $12,390.00 | World Aircraft Inc. |
| 07/08/2022 | Myron Bowling Auctioneers | $118.00 | World Aircraft Inc. |
| 07/27/2022 | Superior Energy Auctioneers | $81,400.00 | World Aircraft Inc. |
| 08/19/2022 | Superior Energy Auctioneers | $195,703.00 | World Aircraft Inc. |
| 08/23/2022 | Govplanet | $19,191.04 | World Aircraft Inc. |
| 08/26/2022 | Govplanet | $ 4,519.50 | World Aircraft Inc. |
| 08/26/2022 | Iron Planet | $326,479.38 | World Aircraft Inc. |
| 08/29/2022 | Maynards Industries | $73,027.25 | World Aircraft Inc. |
| 08/30/2022 | Superior Energy Auctioneers | $500,000.00 | World Aircraft Inc. |
| 08/31/2022 | Govplanet | $ 1,983.75 | World Aircraft Inc. |
| 09/02/2022 | Superior Energy Auctioneers | $206,089.18 | World Aircraft Inc. |
| 09/09/2022 | Salvex Energy | $84,000.00 | El Dorado Oil and Gas |
| 09/09/2022 | Govplanet | $368,463.25 | World Aircraft Inc. |
| 09/16/2022 | Myron Bowling Auctioneers | $242,165.50 | World Aircraft Inc. |
| 09/19/2022 | Maynards Industries | $16,520.00 | World Aircraft Inc. |
| 09/20/2022 | Brolyn LLC | $ 3,826.00 | World Aircraft Inc. |
| 09/20/2022 | Machinery Auctioneers | $923,945.00 | World Aircraft Inc. |
| 09/21/2022 | Brolyn LLC | $11,799.37 | World Aircraft Inc. |
| 09/21/2022 | Harris Machine Tools | $188,752.80 | World Aircraft Inc. |
| 09/22/2022 | Harris Machine Tools | $116,418.80 | World Aircraft Inc. |
| 09/23/2022 | SIC Auctions | $58,918.20 | World Aircraft Inc. |
| 09/26/2022 | Maynards Industries | $14,291.59 | World Aircraft Inc. |

#102018232v3

| | | | |
|---|---|---|---|
| 09/26/2022 | BTM Industrial Corp. | $502.85 | World Aircraft Inc. |
| 09/26/2022 | BTM Industrial Corp. | $ 3,110.69 | World Aircraft Inc. |
| 09/26/2022 | BTM Industrial Corp. | $ 4,259.74 | World Aircraft Inc. |
| 09/26/2022 | Permian International | $41,516.00 | World Aircraft Inc. |
| 09/26/2022 | ASI 3 | $70,874.00 | World Aircraft Inc. |
| 09/26/2022 | Jack Pedowitz Enter. | $95,000.00 | World Aircraft Inc. |
| 09/28/2022 | TCL Assets | $35,446.48 | World Aircraft Inc. |
| 09/28/2022 | Ironside Machinery | $16,348.90 | World Aircraft Inc. |
| 09/28/2022 | Prestige Equipment | $38,881.00 | World Aircraft Inc. |
| 09/29/2022 | Asset Sales | $38,414.90 | World Aircraft Inc. |
| 09/30/2022 | Cincinnati Industrial | $17,700.00 | World Aircraft Inc. |
| 09/30/2022 | Yellow Tag Auctions | $90,709.00 | Tom Swarek |
| 09/30/2022 | Stone Auctioneers | $379.50 | World Aircraft Inc. |
| 10/04/2022 | ASI 3 | $52,488.30 | World Aircraft Inc. |
| 10/04/2022 | Plant Machinery INC | $85,066.20 | World Aircraft Inc. |
| 10/04/2022 | Plant Machinery INC | $234,058.90 | World Aircraft Inc. |
| 10/06/2022 | Premier Asset Recovery | $ 2,610.00 | World Aircraft Inc. |
| 10/06/2022 | Permian International | $113,848.00 | World Aircraft Inc. |
| 10/11/2022 | Yellow Tag Auctions | $ 5,232.20 | Tom Swarek |
| 10/11/2022 | The Palm Group | $18,897.70 | World Aircraft Inc. |
| 10/11/2022 | Prestige Equipment . | $22,113.20 | World Aircraft Inc. |
| 10/11/2022 | Yellow Tag Auctions | $48,984.25 | Tom Swarek |
| 10/11/2022 | Myron Bowling Auctioneers | $351,232.90 | World Aircraft Inc. |
| 10/12/2022 | Harry P Stampler | $ 1,263.60 | World Aircraft Inc. |
| 10/14/2022 | Plant & Machinery Inc. | $ 1,357.00 | World Aircraft Inc. |
| 10/14/2022 | G-2000 INC | $ 1,628.40 | World Aircraft Inc. |
| 10/14/2022 | Furrow Auction Com | $ 3,611.00 | World Aircraft Inc. |
| 10/14/2022 | Richard Auction Ser. | $ 5,838.80 | World Aircraft Inc. |
| 10/14/2022 | United Asset Sales | $24,585.30 | World Aircraft Inc. |
| 10/14/2022 | The Equipment Hub | $137,790.00 | World Aircraft Inc. |
| 10/17/2022 | Govplanet | $ 1,619.50 | World Aircraft Inc. |
| 10/18/2022 | The Levy Recovery . | $ 5,468.06 | World Aircraft Inc. |
| 10/18/2022 | Thompson Auctioneers | $13,227.80 | World Aircraft Inc. |
| 10/18/2022 | Ironside Machinery . | $40,568.40 | World Aircraft Inc. |
| 10/19/2022 | Big River Prairie Gold | $310.75 | World Aircraft Inc. |
| 10/19/2022 | Portland Industries | $855.50 | World Aircraft Inc. |
| 10/19/2022 | lntegra Asset Solutions. | $ 1,762.33 | World Aircraft Inc. |
| 10/19/2022 | Yellow Tag Auctions | $ 2,699.15 | Tom Swarek |
| 10/19/2022 | RCS Peerless Inc | $ 5,625.00 | World Aircraft Inc. |
| 10/19/2022 | Heath Industrial Auctioneers. | $55,495.40 | World Aircraft Inc. |
| 10/19/2022 | Integrity Sales & Au | $200,750.00 | World Aircraft Inc. |
| 10/20/2022 | Quacker City Auctioneers | $103.50 | World Aircraft Inc. |
| 10/21/2022 | Machine Tool Bids | $ 6,968.00 | World Aircraft Inc. |
| 10/21/2022 | Myron Bowling Auctioneers. | $96,099.20 | World Aircraft Inc. |
| 10/25/2022 | Holland Industrial Gr. | $ 1,534.00 | World Aircraft Inc. |

#102018232v3

| | | | |
|---|---|---|---|
| 10/25/2022 | RM Auctions | $ 3,068.00 | World Aircraft Inc. |
| 10/25/2022 | Holland Industrial Gr. | $22,066.00 | World Aircraft Inc. |
| 10/26/2022 | Heath Industrial Auctioneers. | $10,078.47 | World Aircraft Inc. |
| 10/31/2022 | Iron Planet | $ 3,915.00 | World Aircraft Inc. |
| 11/01/2022 | Rocky's Recycling L. | $67,900.60 | World Aircraft Inc. |
| 11/01/2022 | Yellow Tag Auctions | $34,011.60 | Tom Swarek |
| 11/01/2022 | ASl3 | $36,249.10 | World Aircraft Inc. |
| 11/02/2022 | Ritchie Brothers Auctioneers | $35,285.95 | World Aircraft Inc. |
| 11/08/2022 | Myron Bowling Auctioneers | $15,540.60 | World Aircraft Inc. |
| 11/10/2022 | Rocky's Recycling L. | $18,141.00 | World Aircraft Inc. |
| 11/10/2022 | Myron Bowling Auctioneers | $30,000.00 | World Aircraft Inc. |
| 02/15/2023 | Permian International | $138,844.27 | World Aircraft Inc. |
| 03/07/2023 | Machinery Auctioneers | $121,668.00 | World Aircraft Inc. |
| 03/10/2023 | M Davis Group | $ 9,440.00 | World Aircraft Inc. |
| 03/10/2023 | Hall Industrial Services | $23,000.00 | El Dorado Oil and Gas |
| 03/23/2023 | ASl3 | $ 6,168.70 | World Aircraft Inc. |
| 03/23/2023 | Harris Machine Tools | $89,709.50 | World Aircraft Inc. |
| 04/06/2023 | Superior Energy Auctioneers | $ 3,630.00 | World Aircraft Inc. |
| 04/06/2023 | ASI 3 | $ 6,623.00 | World Aircraft Inc. |
| 04/14/2023 | Platinum Auction gr. | $16,472.50 | World Aircraft Inc. |
| 04/14/2023 | Bid Equip | $32,054.70 | World Aircraft Inc. |
| 04/18/2023 | Yellow Tag Auctions | $25,825.00 | Tom Swarek |
| 04/18/2023 | Heath Industrial Auctioneers | $35,362.24 | World Aircraft Inc. |
| 04/19/2023 | Grossman Inc | $411.10 | World Aircraft Inc. |
| 04/20/2023 | Cincinnati Industrial | $472.00 | World Aircraft Inc. |
| 04/20/2023 | Holland Industrial Gr. | $ 8,301.30 | World Aircraft Inc. |
| 04/20/2023 | Paul E Saperstein | $83,978.75 | World Aircraft Inc. |
| 04/20/2023 | Thompson Auctioneers. | $127,528.50 | World Aircraft Inc. |
| 04/21/2023 | Bill Cockrum Uquida | $ 1,951.38 | World Aircraft Inc. |
| 04/21/2023 | Equipment Recover. | $26,593.50 | World Aircraft Inc. |
| 04/26/2023 | American Auctioneers | $63,307.00 | World Aircraft Inc. |
| 04/26/2023 | Bright Star Realty an. | $100,000.00 | World Aircraft Inc. |
| 04/28/2023 | Asset Sales | $295.00 | World Aircraft Inc. |
| 05/02/2023 | ASI 3 | $25,095.00 | World Aircraft Inc. |
| 05/02/2023 | J. Stout Auctions | $92,148.00 | World Aircraft Inc. |
| 05/05/2023 | Yellow Tag Auctions | $ 8,103.10 | Tom Swarek |
| 05/05/2023 | National Equipment . | $51,548.00 | World Aircraft Inc. |
| 05/09/2023 | Barliant Auctions | $129.80 | World Aircraft Inc. |
| 05/09/2023 | Investment Recover | $383.50 | World Aircraft Inc. |
| 05/09/2023 | Mark Allen Taylor | $ 3,245.00 | World Aircraft Inc. |
| 05/09/2023 | BTM Industrial Corp. | $12,699.96 | World Aircraft Inc. |
| 05/11/2023 | Asset Sales | $12,437.20 | World Aircraft Inc. |
| 05/18/2023 | Thompson Auctioneers | $46,940.40 | World Aircraft Inc. |
| 05/18/2023 | Heath Industrial Auctioneers. | $57,312.60 | World Aircraft Inc. |
| 05/18/2023 | Per1eclion Industrial . | $120,110.00 | World Aircraft Inc. |

| Date | Payee | Amount | Source |
|---|---|---|---|
| 05/18/2023 | Per1ection Industrial . | $215,808.00 | World Aircraft Inc. |
| 05/19/2023 | United Asset Sales | $ 1,728.70 | World Aircraft Inc. |
| 05/19/2023 | Cincinnati Industrial . | $ 8,088.90 | World Aircraft Inc. |
| 05/19/2023 | Insight Auctioneers | $ 9,605.00 | World Aircraft Inc. |
| 05/19/2023 | Chris Hillseth Enterp. | $13,906.00 | World Aircraft Inc. |
| 05/19/2023 | Per1ection Industrial . | $400,000.00 | World Aircraft Inc. |
| 05/23/2023 | Capex | $ 1,048.96 | World Aircraft Inc. |
| 05/23/2023 | Aaron Industrial Sol. | $ 70.80 | World Aircraft Inc. |
| 05/23/2023 | The Equipment Hub | $761.10 | World Aircraft Inc. |
| 05/23/2023 | Bright Star Realty an. | $ 3,513.25 | World Aircraft Inc. |
| 05/23/2023 | RM Auctions | $ 6,324.80 | World Aircraft Inc. |
| 05/23/2023 | Glen A Winternitz | $25,063.20 | World Aircraft Inc. |
| 05/23/2023 | Westbrook Asset M. | $38,621.20 | World Aircraft Inc. |
| 05/24/2023 | Rocky's Recycling L. | $ 9,551.00 | World Aircraft Inc. |
| 05/24/2023 | Investment Recover. | $424.80 | World Aircraft Inc. |
| 05/24/2023 | Yeoman Machinery . | $ 3,500.00 | World Aircraft Inc. |
| 05/24/2023 | Meadoworks | $ 4,410.25 | World Aircraft Inc. |
| 05/24/2023 | Heath Industrial Auctioneers. | $10,000.00 | World Aircraft Inc. |
| 05/24/2023 | Solid Asset Solutions | $14,706.00 | World Aircraft Inc. |
| | **TOTAL ASSET PURCHASES** | **$11,133,438.94** | |

| | | |
|---|---|---|
| | $106,640.54 | Blue Diamond Services, Inc. |
| | $107,000.00 | El Dorado Oil and Gas |
| | $215,564.30 | Tom Swarek |
| | $10,704,234.10 | World Aircraft Inc. |

5

#102018232v3