**Exhibit C**

**Real Property Purchases**

**For the avoidance of doubt, pursuant to the Escambia Operating Company, LLC Monthly Operating Reports, the "Blue Diamond Energy Inc d/b/a Escambia" account ending in *3240 is property of Escambia Operating Company, LLC. [Blue Diamond Docket Nos. 254, 255, 256, 316, 434].



Check: 1002 Amount: $406,600.20 Date: 3/10/2022
Run: 1005, Batch: 12, Seq: 82, Source: C21-From XTIC Account: 3240

Check: 1002 Amount: $406,600.20 Date: 3/10/2022
Run: 1005, Batch: 12, Seq: 82, Source: C21-From XTIC Account: 3240

Check: 1007 Amount: $129,030.34 Date: 7/7/2022
Run: 1026, Batch: 23, Seq: 75, Source: C21-From XTIC Account: 3240

Check: 1007 Amount: $129,030.34 Date: 7/7/2022
Run: 1026, Batch: 23, Seq: 75, Source: C21-From XTIC Account: 3240

2



J1 - GULFPORT DISTRICT
Instrument 2022-0005710-D-J1
Filed/Recorded 03/11/2022 2:35:01 PM
Total Fees 26.00
3 Pages Recorded

Prepared by:
Andrew Marion, PLLC
Attorney-at-Law
1919 23rd Ave.
P.O. Box 863
Gulfport, MS 39502
(228)-865-9047
MS Bar # 1866

Return to:
Andrew Marion, PLLC
Attorney-at-Law
1919 23rd Ave.
P.O. Box 863
Gulfport, MS 39502
(228)-865-9047
File # 22-051

**STATE OF MISSISSIPPI**
**HARRISON COUNTY**
**FIRST JUDICIAL DISTRICT**

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, I

Roy L. Irons
P.O. Box 3119
Gulfport, MS 39505
228-324-3624

do hereby sell, convey and warrant unto

Blue Diamond Energy, Inc.
1261 Pass Road
Gulfport, MS 39501
662-590-2440

that certain tract, piece or parcel of land situated and being located in First Judicial District of Harrison County, State of Mississippi, more particularly described as follows, to-wit:

(See Exhibit A attached, Page 3)

INDEXING INSTRUCTIONS: Exempt

The subject property is not the homestead of the Grantor.

Page 1 of 3

3

THIS CONVEYANCE is subject to any prior reservation or conveyance of oil, gas or other mineral rights and subject to all easement restrictions, reservations and covenants of record.

IT IS AGREED and understood that the taxes for the current year have been pro-rated as of this date on an estimated basis. When said taxes are actually determined, if the proration as of the date is incorrect, then the Grantor(s) agrees to pay the Grantee(s), or its assigns, any deficit on an actual proration, and likewise, the Grantee(s) agrees to pay the Grantor(s), or its assigns, any amount overpaid by it.

WITNESS MY SIGNATURE, this the 11th day of March, 2022.

_____
Roy L. Irons

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the above stated jurisdiction, the within named Roy L. Irons who acknowledged that he signed and delivered the foregoing Warranty Deed on the day and year therein written as his own free and voluntary act and deed.

GIVEN under my hand and official seal on this the 11th day of March, 2022.

NOTARY PUBLIC

_____

MY COMMISSION EXPIRES:

_____

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 8925 RONALD ANDREW MARION JR. Commission Expires April 13, 2024 JACKSON COUNTY]

Page 2 of 3

Instrument# 2022000716
DEED BOOK - J1 - GULFPORT DISTRICT

Exhibit "A"

Lots Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16), Seventeen (17), and Eighteen (18), in Block One Hundred Sixty-five (165), ORIGINAL GULFPORT, as per the Map or Plat thereof on file and of record in the Office of the Chancery Clerk of Harrison County, Mississippi.

3/24/23, 5:27 PM  Harrison County! Online Services and Information

# Tax Rolls - Real Property



## 2022 Landroll Information

**IRONS ROY L**
P O BOX 3119  GULFPORT, MS 39505

**Physical Street Address:**
3118 15TH ST

| Parcel #: | PPIN | Tax District | Homestead Exp. | Judicial Dist. |
|---|---|---|---|---|
| 0811E-03-091.000 | 20160 | 3G | | 1 |

| Supervisor District: | Subdivision: |
|---|---|
| 3 | GULFPORT CITY OF BLKS 162-209 |

**Exemption Code**

Non-Exempt

| Section | Township | Range |
|---|---|---|
| 04 | 08 | 11 |

**Instrument Number(s)**

1276/0308, 0843/0003

| Acres | Land Value | Improvements | Total Value | Assessed Value |
|---|---|---|---|---|
| 0 | 34500 | 222687 | 257187 | 38579 0 / 38578.05 |

**Legal Description**

LOTS 13 TO 18 INC BLK 165 ORIGINAL GULFPORT

There are 3 building description records attached to this parcel.



23-50491-JAW Dkt 212-3 Filed 01/22/24 Entered 01/22/24 19:20:52 Page 7 of 12

3/24/23, 5:27 PM  Harrison County! Online Services and Information

| Improvement 1 (Primary) | |
|---|---|
| Year Built: | 1984 |
| Base Square Feet: | 4074 |
| Second Floor Area: | 0 |

| Improvement 2 | |
|---|---|
| Year Built: | 0 |
| Base Square Feet: | 1700 |
| Second Floor Area: | 0 |

| Improvement 3 | |
|---|---|
| Year Built: | 0 |
| Base Square Feet: | 3500 |
| Second Floor Area: | 0 |

1st JUDICIAL DISTRICT
Instrument 2022-0017257-D-J2
Filed/Recorded 07/08/2022 1:10:01 PM
Total Fees 26.00
3 Pages Recorded

Prepared by:
Andrew Marion, PLLC
Attorney-at-Law
1919 23rd Ave.
P.O. Box 863
Gulfport, MS 39502
(228)-865-9047
MS Bar # 1866

Return to:
Andrew Marion, PLLC
Attorney-at-Law
1919 23rd Ave.
P.O. Box 863
Gulfport, MS 39502
(228)-865-9047
File # 22-132

**STATE OF MISSISSIPPI**
**HARRISON COUNTY**
**FIRST JUDICIAL DISTRICT**

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged,

Gulfport Land Holdings, LLC
P.O. Box 1522
Gulfport, MS 39502
228-234-9163

does hereby sell, convey and warrant unto

Blue Diamond Energy, Inc.
1261 Pass Road
Gulfport, MS 39501
662-590-2440

that certain tract, piece or parcel of land situated and being located in First Judicial District of Harrison County, State of Mississippi, more particularly described as follows, to-wit:

(See Exhibit A attached, Page 3)

INDEXING INSTRUCTIONS: Section 29, Township 7 South, Range 10 West, City of Gulfport, First Judicial District of Harrison County, Mississippi

Page 1 of 3

8

THIS CONVEYANCE is subject to any prior reservation or conveyance of oil, gas or other mineral rights and subject to all easement restrictions, reservations and covenants of record.

IT IS AGREED and understood that the taxes for the current year have been pro-rated as of this date on an estimated basis. When said taxes are actually determined, if the proration as of the date is incorrect, then the Grantor(s) agrees to pay the Grantee(s), or its assigns, any deficit on an actual proration, and likewise, the Grantee(s) agrees to pay the Grantor(s), or its assigns, any amount overpaid by it.

WITNESS THE SIGNATURE of the above company by its authorized representative after being duly authorized so to execute and deliver the same, this the 8th day of **July, 2022.**

                                                                                                        *[signature]*
                                                                                                        Gulfport Land Holdings, LLC
                                                                                                        By: Ray L. Wesson, Jr.
                                                                                                        Manager/Member

**STATE OF MISSISSIPPI**

**COUNTY OF HARRISON**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the above stated jurisdiction, the within named **Ray L. Wesson, Jr.**, who acknowledged that he is the Manager/Member of Gulfport Land Holdings, LLC, a Mississippi limited liability company, and that for and on behalf of said company, and as its act and deed he executed the above the foregoing Warranty Deed, after first having been duly authorized by said company so to do.

GIVEN under my hand and official seal on this the 8th day of **July, 2022.**

MY COMMISSION EXPIRES:                                    NOTARY PUBLIC

_____                                    *[signature]*

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 8925 RONALD ANDREW MARION JR. Commission Expires April 13, 2024 JACKSON COUNTY]*

Page 2 of 3

9

Exhibit "A"

A parcel of land situated and being located in the Southwest 1/4 of the Southeast 1/4 of Section 29, Township 7 South, Range 10 West, City of Gulfport, First Judicial District of Harrison County, Mississippi and being more particularly described as follows, to-wit:

Commencing at the Northwest corner of Lot 4, Block 1, OAKLEIGH SUBDIVISION: thence run North 00 degrees 28 minutes 13 seconds West 220.71 feet to a point on the easterly margin of Oakleigh Avenue for the Point of Beginning of the parcel herein described; thence run from said Point of Beginning, South 85 degrees 33 minutes 04 seconds East 120.00 feet; thence run South 03 degrees 38 minutes 43 seconds West 172.22 feet along a partial fence line to a point on the northerly margin of Pass Road; thence run North 82 degrees 12 minutes 46 seconds West 97.63 feet along the northerly margin of Pass Road to a point on a curve concave to the Northeast having a radius of 15.00 feet; thence run Northwesterly 19.00 feet and through an angle of 72 degrees 34 minutes 51 seconds along said curve to a point that is North 30 degrees 49 minutes 12 seconds West 17.76 feet from the aforementioned point; thence run North 00 degrees 51 minutes 29 seconds West 8.53 feet along the easterly margin of Oakleigh Avenue; thence run North 89 degrees 58 minutes 46 seconds West 1.55 feet along the easterly margin of Oakleigh Avenue; thence run North 00 degrees 28 minutes 13 seconds West 119.09 feet along the easterly margin of Oakleigh Avenue to the Point of Beginning.

This being Parcel A of the Certificate of Resubdivision filed as instrument number 2007-6360-D-J1 in the land records of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi.

Page 3 of 3

23-50491-JAW Dkt 212-3 Filed 01/22/24 Entered 01/22/24 19:20:52 Page 11 of 12

3/24/23, 5:27 PM                                     Harrison County! Online Services and Information



# Tax Rolls - Real Property



## 2022 Landroll Information

**GULFPORT LAND HOLDINGS INC**
P O BOX 1522  GULFPORT, MS 39502

**Physical Street Address:**
740 OAKLEIGH AVE

| Parcel #: | PPIN | Tax District | Homestead Exp. | Judicial Dist. |
|---|---|---|---|---|
| 1010H-01-046.000 | 20626 | 5G | | 1 |

| Supervisor District: | Subdivision: |
|---|---|
| 5 | |

### Exemption Code

Non-Exempt

| Section | Township | Range |
|---|---|---|
| 29 | 07 | 10 |

### Instrument Number(s)

2007-0005796-D-J1, 2006-0006360-D-J1, 2006-0011315-D-J1, 2006-0008981-D-J1, 2006-0008980-D-J1, 2006-0007352-D-J1, 2006-0006387-D-J1, 2004-0008870-D-J1, 1662/0106, 1446/0122, 1116/0274

| Acres | Land Value | Improvements | Total Value | Assessed Value |
|---|---|---|---|---|
| 0 | 44985 | 0 | 44985 | 6749 0 / 6747.75 |

### Legal Description

BEG 220.7 FT N OF NW COR OF LOT 4 BLK OAKLEIGH SUBD ON E MAR OF OAKLEIGH AVE S 85 DGS E 120 FT S 3 DGS W 172.2 FT TO NLY MAR OF PASS RD WLY ALONG RD 116.6 FT TO OAKLEIGH AVE

N ALONG RD 8.5 FT W 1.5 FT N ALONG OAKLEIGH AVE 144.2 FT TO POB S BY PASS RD N BY A J LEE E BY ANDERSON W BY OAKLEIGH AVE LESS & EXCEPT THAT PART TO CITY OF GULFPORT AS PER BK 823 PG 468 PART OF SW 1/4 OF SE 1/4 OF SEC 29-7-10

There are 0 building description records attached to this parcel.