**Exhibit D**

**Request List**

| # | Task | Task Owner | Status | Brief Notes & Comments |
|---|------|------------|--------|------------------------|
| 1 | Provide the company's lease schedule and maps | Thomas Swarek | Outstanding | On 11.8.23; Pat Sheehan stated this was not available. Despite the comment, MACCO has received partial information without clear explanation. |
| 2 | Provide the company's list of royalty interest, ORRI, NPI, WI holders by field for oil and gas assets with associated Title Opinions with Division Orders | Thomas Swarek | Outstanding | On 11.28.23 Pat Sheehan stated his was not available nor has he seen copies. Despite the comment, MACCO has received several decks after multiple requests; however, they are convoluted and require collaboration from the debtor. |
| 3 | Provide a list of outstanding royalty interest (RI), overriding royalty interest (ORRI), net profit interest (NPI), working interest (WI) payments in Excel by name | Thomas Swarek | Outstanding | We are looking for those who are not cashing their checks |
| 4 | Provide the company's P&A well list with confirmed WI by well and by field | Thomas Swarek | Outstanding | This is currently unavailable; Pat Sheehan has not seen a copy of this- 11.8.2023 |
| 5 | Provide the company's P&A well list with confirmed WI by well for any prior sales of the well. A list of any wells that have been sold and the transaction details. | Thomas Swarek | Outstanding | Per Pat Sheehan, there hasn't been any sales since Thomas Swarek's acquisition. -11.8.2023. |
| 6 | Provide the company's P&A information in each field with associated realized costs | Thomas Swarek | Outstanding | MACCO only received an estimated cost of 10-12M |
| 7 | Provide copy of all marketing & midstream contracts (Oil & Gas, etc.) | Thomas Swarek | Outstanding | |
| 8 | List of the EAC and EOC asset register and where the assets are located | Thomas Swarek | Outstanding | MACCO has only received partial information and continues to experience a lack of cooperation. |
| 9 | Provide 12M of historical inventory usage (Beg. RM, WIP, GOGS) | Thomas Swarek | Outstanding | |
| 10 | Provide 12M of forecasted inventory usage along with estimated DOH | Thomas Swarek | Outstanding | |
| 11 | Provide 12M historical wages and benefits | Thomas Swarek | Outstanding | Received partial wages; pending frequency and confirmation of benefits/tax burden |

2

#102018285v3

| 12 | Provide a listing of all bank accounts with 12 months of statements | Thomas Swarek | Outstanding | Only partial information has been received; missing bank account structure and accounts. |
|---|---|---|---|---|
| 13 | Provide all line of credit and current revolver documentation | Thomas Swarek | Outstanding | El Dorado has provided a non-documented open line of credit to the BEC Refinery |
| 14 | Provide all credit card documentation | Thomas Swarek | Outstanding | Only partial information has been received; missing bank account structure and accounts. |

#102018285v3