**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

|  |  |
|---|---|
| **In re** ) | **Case No. 23-50491 JAW** |
| ) | **(Jointly Administered)** |
| **ESCAMBIA OPERATING COMPANY** ) | |
| **LLC, et al.,**[1] ) | |
| ) | **Chapter 7** |
| **Debtors.** ) | |
| ) | |

**TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO PAY GENERAL
LIABILITY INSURANCE PREMIUM ON ESTATE WELLBORES,
AND REQUEST FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, solely in his capacity as Chapter 7 trustee for the bankruptcy estates of Escambia Operating Company, LLC; Escambia Asset Company, LLC; and Blue Diamond Energy, Inc. (collectively, the "**Debtors**"), comes Dwayne M. Murray (the "**Trustee**"), who respectfully moves this Court for entry of an order, substantially in the form attached hereto, authorizing the Trustee to renew and bind the general liability coverage described herein and to pay the associated premium, and who requests that this Motion be considered on an expedited basis, and in support thereof respectfully represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

---

[1] The debtors in the above-captioned, jointly administered bankruptcy cases and the last four digits of each debtor's federal tax identification number are as follows: Escambia Operating Company, LLC (2190) ("**EOC**"), Case No. 23-50491-JAW; Escambia Asset Company, LLC (2000) ("**EAC**"), Case No. 23-50492-JAW; and Blue Diamond Energy, Inc. (2190) ("**BDE**," collectively with EOC and EAC, the "**Debtors**"), Case No. 23-50490-JAW.

1

2.      The Trustee consents to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory and procedural predicates for the relief requested are sections 105(a), 363(b), and 503(b)(1)(A) of the Bankruptcy Code, Rule 9014 of the Federal Rules of Bankruptcy Procedure, and Rules 9013-1 and 9013-1(f) of the Local Rules.

## BACKGROUND

5.      On April 2, 2023, the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On February 12, 2026, the jointly administered cases were converted to cases under chapter 7 [Doc. No. 1004], and the Trustee was appointed [Doc. No. 1005].

6.      Among the assets of the Debtors' estates are interests in two oil-and-gas wellbores located in Escambia County, Alabama, in the Big Escambia Creek field (Smackover formation): the Albert Philyaw et ux Unit 8-1 #1 ST (API No. 01-053-20080) and the Container Corp. of America 1-5 #2 (API No. 01-053-20265) (together, the "**Insured Wells**"). The estates hold majority working interests in each.

7.      The Insured Wells are deep gas-condensate wellbores that are shut in or temporarily abandoned. They have not been plugged and abandoned and remain the responsibility of the estates pending their disposition. The Insured Wells are not being routinely monitored, and the Trustee is informed and believes that the wellbores present potential for leaks or releases so long as they remain unplugged.

8.      A commercial general liability policy insuring the Insured Wells has been maintained in the name of Blue Diamond Energy, Inc., one of the jointly administered Debtors

2

and the entity that holds the equity interests in the operating Debtors. The policy is placed through Marsh & McLennan Agency with certain underwriters at Lloyd's of London on a surplus-lines basis. The policy is set to renew on August 2, 2026, and the renewal premium is $11,679.25 for the August 2, 2026 to August 2, 2027 term, on the same coverage and limits as the expiring policy. Absent payment, the coverage will lapse on August 2, 2026.

9.      The estates' well-plugging obligations are separately secured by a surety bond, Great Midwest Insurance Company, for the benefit of the Alabama State Oil and Gas Board. That bond assures that the wells will be plugged; it does not provide liability coverage or a defense to the estates for third-party claims for bodily injury or property damage arising from the Insured Wells.

10.      By prior order, the Court authorized the Trustee to pay recurring maintenance and monitoring expenses for two other estate wells, the Ezell 29-5 and Oates 29-6 SWD wells in Choctaw County, Alabama [Doc. No. 1099]. That order is limited to those wells and those expenses and does not authorize payment of the general liability premium at issue here.

**RELIEF REQUESTED**

11.      The Trustee seeks authority, from estate funds and without further order of this Court, to renew and continue the general liability coverage on the Insured Wells effective August 2, 2026, to bind such coverage and incur the associated premium obligation, and to pay the $11,679.25 renewal premium for the August 2, 2026 to August 2, 2027 policy term, together with any subsequent renewal premiums reasonably necessary to maintain general liability coverage on the Insured Wells, until the earlier of further order of this Court or the date on which the Insured Wells are abandoned, transferred, or otherwise disposed of.

3

12.     Maintaining liability insurance on the Insured Wells is a necessary cost of preserving estate property. The wells remain unplugged and are not being routinely monitored, and the estates face potential third-party liability for so long as they hold them. The premium is a modest, recurring cost of the type a chapter 7 trustee ordinarily incurs to preserve and protect an estate asset pending its disposition, and it is properly payable as an actual, necessary cost and expense of preserving the estate under 11 U.S.C. § 503(b)(1)(A).

13.     The surety bond described above does not address this exposure. It secures the plugging of the wells for the benefit of the Alabama State Oil and Gas Board and does not protect the estates against third-party liability or provide a defense. The relief requested is necessary to avoid a lapse of coverage on August 2, 2026.

14.     Because the renewal premium is due, and the coverage will lapse, on August 2, 2026, the Trustee requests that the Court consider this Motion on an expedited basis pursuant to Miss. Bankr. L.R. 9013-1(f). Undersigned counsel will contact the courtroom deputy to request an expedited hearing setting and will notify the parties entitled to notice of any setting obtained. No party is prejudiced, as any party may file a response up to and including the date of any hearing.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an Order (1) authorizing the Trustee (a) to renew and bind the general liability coverage on the Insured Wells effective August 2, 2026, (b) to incur the associated premium obligation, and (c) to pay, from estate funds and without further order of this Court, the $11,679.25 renewal premium for the Insured Wells and any subsequent renewal premiums reasonably necessary to maintain such coverage until the Insured Wells are abandoned, transferred, or otherwise disposed of; (2) setting this matter for

4

expedited hearing to the extent the Court deems a hearing necessary; and (3) granting such other and further relief as is just and proper.

Respectfully Submitted,

**Stewart Robbins & Altazan, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70801
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:    */s/ Abigail W. Mock*
Brooke W. Altazan (MS # 105086)
baltazan@stewartrobbins.com
Paul Douglas Stewart, Jr. (La. #24661)
(admitted *Pro Hac Vice*)
dstewart@stewartrobbins.com
Abigail W. Mock (La. #41352)
(admitted *Pro Hac Vice*)
amock@stewartrobbins.com

***Counsel for Dwayne M. Murray, Chapter 7 Trustee for the Bankruptcy Estates of Escambia Operating Company LLC, et al.***

5

## Certificate of Service

I certify that on July 23, 2026, I caused a copy of the above and foregoing to be served on all parties registered to receive notice via the Court's CM/ECF system and on the parties listed on the attached Exhibit A, via United States Mail, postage prepaid.

This 23rd day of July 2026.

/s/ Abigail W. Mock
Abigail W. Mock

6

| | | | | |
|---|---|---|---|---|
| Perfection Global, LLC dba Perfection Industrial Sales | Attn: Timothy J. Anzenberger | Adams & Reese | 1018 Highland Colongy Parkway, Ste. 800 | Ridgeland, MS 39157 |
| Adco Companies, LTD | Attn: Grant Carter | | 3657 Pine Lane | Bessemer, AL 35022 |
| Alabama Dept. of Environmental Management | Attn: Lance Lefleur | | 1400 Couseum Blvd. | Montgomery, AL 36110-2059 |
| Alabama Dept. of Environmental Management | Attn: Mary-Frank Brown | | PO Box 301463 | Montgomery, AL 36130-1463 |
| Alabama Dept. of Revenue | Attn: Bankruptcy Dept. | Gordon Person Bldg. | 50 North Ripley St., Rm 3106 | Montgomery, AL 36104 |
| Alabama Dept. of Revenue | Attn: Bankruptcy Dept. | | PO Box 320001 | Montgomery, AL 36132-000 |
| Alabama Oil & Gas Board | Attn: Bankruptcy Dept. | | 4173 Commanders Dr. | Mobile, AL 36102 |
| American National Insurance Co. | Attn: Alan Smith | Baker Donelson | 100 Vision Dr., Ste. 400 | Jackson, MS 39211-7009 |
| Baker Hughes Oilfield Operations, LLC | Attn: Christopher Meredith | | PO Box 6020 | Ridgeland, MS 39157 |
| ATIC Limited Partnership | Attn: Alan Smith | Baker Donelson | 100 Vision Dr., Ste. 400 | Jackson, MS 39211-7009 |
| Resource Strategies | Attn: Alan Smith | Baker Donelson | 100 Vision Dr., Ste. 400 | Jackson, MS 39211-7009 |
| Briguna, LLC | Attn: Alan Smith | Baker Donelson | 100 Vision Dr., Ste. 400 | Jackson, MS 39211-7009 |
| Blue Diamond Energy, Inc. | Attn: Harris H. Barnes, III & James Williams Janouse | | 5 River Bend Place, Ste. A | Jackson, MS39232-7618 |
| Escambia Operating Co. | Attn: Harris H. Barnes, III & James Williams Janouse | | 5 River Bend Place, Ste. A | Jackson, MS39232-7618 |
| Escambia Asset Co., LLC | Attn: Harris H. Barnes, III & James Williams Janouse | | 5 River Bend Place, Ste. A | Jackson, MS39232-7618 |
| Clarkco Oilfield Services, Inc. | Attn: William F. Blair | Blair, Bondurant & Patterson, P.A. | PO Box 321423 | Jackson, MS 39232 |
| Bryan S. Dumesnil | Bracewell LLP | | 711 Louisiana St., Ste. 2300 | Houston, TX 77002 |
| Breitburn Operating  LP | Attn: President or General Counsel | | 1111 Bagby St., Ste. 1600 | Houston, TX 77002 |
| First Service Bank | Attn: John A. Crawford, Jr. | Butler Snow LLP | PO Box 6010 | Ridgeland, MS 39158-6010 |
| CompleteEnvironmental | Attn: President or General Counsel | | 5826 Laurie Steiner Rd. | Theodore, A: 36582 |
| Eastern Energy Services, Inc. | Attn: Christopher Meredith | | PO Box 6020 | Ridgeland, MS 39157 |
| Patterson Services, Inc. | Attn: Christopher Meredith | | PO Box 6020 | Ridgeland, MS 39157 |
| Deepwell Energy | Attn: President or General Counsel | | 4025 Hwy. 35 North | Columbia, MS 39429 |
| Duforur Marketing, Inc. | Attn: Melanie Walker | | 487 Cole Rd., Ste. 200 | Hattisburg, MS 39402-9702 |
| Eastern Energy Services, Inc. | Attn: President or General Counsel | | PO Box 292 | Laurel, MS 39441 |
| Endurance Energy | Attn: President or General Counsel | | 3231 Vivian Dr., | Wheat Ridge, CO 80033 |
| Eventure | Attn: President or General Counsel | | 1311 Broadfield Blvd., Ste. 200 | Houston, TX 77084 |
| Florida Gas Transmiss | Attn: President or General Counsel | c/o Energyh Transfer LP | 1300 Main St. | Houston, TX 75320-4032 |
| Florida Gas Transmission(Buy Back) | Attn: Kimberly Carter | | PO Box 304032 | Dallas, TX 75320-4032 |
| Dawn Ragan, Trustee of Hugoton Operating Co, Inc. & El Dorado Gas & Oil, Inc. | Attn: Michael Bolen | Hood & Bolen, PLLC | 3770 Hwy. 80  West | Jackson, MS 39209 |
| El Dorado Gas & Oil, Inc. | Attn: Michael Bolen | Hood & Bolen, PLLC | 3770 Hwy. 80  West | Jackson, MS 39209 |
| Industrial Piping Special | Attn: President or General Counsel | | 7755 Harms Rd. | Houston, TX 77041-2124 |
| IRS Insolvency Section | Internal Revenue Service | 2970 Market St. | Mail Stop 5 Q30 133 | Philadelphia, PA 19104-5016 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Bx 7346 | Philadelphia, PA 19101-7346 |
| Jones Walker | Attn: Jeffery R. Barber | | 190 East Capitol St., Ste. 800 | Jackson, MS 39201 |
| Jones Walker | Attn: Joseph E. Bain | | 811 Main St., Ste. 2900 | Houston, TX 77002 |
| Jones Walker | Attn: Kristina M. Johnson | | 3100 North State St., Ste. 300 | Jackson, MS 39216 |
| Dawn Ragan, Trustee of Hugoton Operating Co, Inc. & El Dorado Gas & Oil, Inc. | Attn: Katherine Hopkins & Nancy Ribaudo | Kelly Hart & Hallman, LP | 201 Main St., Ste. 2500 | Fort Worth, TX 76102 |
| Taslog Limited, LP. | Attn: W. Jarrett Little | Lentz & Little PA | 2505 14th St., Ste. 212 | Gulfport, MS 39501 |
| Live Oak CAD | Attn: Diane W. Sanders | Linebarger Goggen Blair & Sampson, LLP | PO Box 17428 | Austin, TX 78760-7428 |
| Reeves County, McMullen County | Attn: Don Steckjer | Linebarger Goggen Blair & Sampson, LLP | 112 E. Peacn St., Ste. 2200 | San Antonio, TX 78205 |
| Maynard Nexsen, P.C. | Attn: Evan N. Parrott | | 11 N. Water St., Ste. 24290 | Mobile, AL 36102 |
| Breitburn Operating  LP | Attm: Jonathan M. Lieb | McDowell Knight Roedder & Sledge, LLC | 11 North Waters St., Ste. 13290 | Mobile, AL 36601 |
| Breitburn Operating  LP | Attm: Jonathan M. Lieb | McDowell Knight Roedder & Sledge, LLC | PO Box 350 | Mobile, AL 36601 |
| Mississippi Dept. of Revenue | Attn: Bankruptcy Section | | PO Box 22808 | Jackson, MS 39225-2808 |
| Mississippi Dept. of Revenue | Attn: Corporate & Franchise | | PO Box 23191 | Jackson, MS 39225-3191 |
| Mississippi Dept. of Revenue | Attn: Sylvie D. Robinson | | PO Box 22828 | Jackson, MS 39225-2828 |
| Moran Equipment | Attn: President or General Counsel | | PO Box 22232 | Elk City, OK 73644 |
| Office of the US Trustee - Region 5 | Attn: Abigail M. Marbury | | 501 E. Court St., Ste. 6-430 | Jackson, MS 39201-5002 |
| Oil States Energy | Attn: President or General Counsel | | # 20 Gammage Rd. | Ellisville, MS 39537 |
| First Service Bank | Attn: David l. Curry, Jr. | Okin Adams Bartless Curry LLP | 1113 Vine St., Ste. 240 | Houston, TX 77002 |
| Blue Diamond Energy, Inc. | Attn: Jason Watkins | Parker & Son, Inc. | 4317A-Midmost Dr. | Mobile, AL 36609-5507 |
| Escambia Operating Co., LLC | Attn: President or General Counsel | | PO Box 616 | Atmore, AL 36502 |
| Performance Contractor | Attn: President or General Counsel | | 8093 Padgett Smith Rd. | Irvington, AL 36544 |
| RWLS, LLC dba Renegade Services | Attn: President or General Counsel | | PO Box 862 | Levelland, TX 79336 |
| World Aircraft, Ins. & Bluestone Natural Resources II-South Texas, LLC | Attn: Patrick Sheehan | Sheehan & Ramsey | 429 Porter Ave. | Ocean Springs, MS 39564-3715 |
| Sheppard Services, LLC | Attn: Chris McNeil, Pres. | | 3460 Hurricane Bay Dr. | Theodore, AL 36582 |
| Parker & Son, LLC | Attn: Jason Watkins | | 4317 A Midmost Dr. | Mobile, AL 36609-5507 |
| Southway Crane & Rig | Attn: President or General Counsel | | 222 New Dunbar Rd. | Byron, GA 31008 |
| Tri-County Nitrogen | Attn: President or General Counsel | | 1359 W.University Blvd., Ste. A284 | Odessa, TX 79764 |
| US Attorney for the Southern District of Alabama | Attn: Bankrupty Division | | 63 South Royal St., Ste. 600 | Mobile, AL 36602 |
| US Attorney for Southern District of Mississippi | Attn: Bankruptcy Division | | 501 Court St., Suite 4-430 | Jackson, MS 39201-5002 |
| Watkins & Eager PLLC | Attn: Jim F. Spencer, Jr. | | PO Box 650 | Jackson, MS 39205 |
| Wiener Weiss & Madison, APLC | Attn: Patrick L. McCune | | 445 Louisiana Ave. | Baton Rouge, LA 70802 |
| Zee Company | Attn: Joe Chastain | | 412 Georgia Ave., Ste. 300 | Chattanooga, TN 37403 |