**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

|  |  |
|---|---|
| **In re** ) | **Case No. 23-50491 JAW** |
| ) | **(Jointly Administered)** |
| **ESCAMBIA OPERATING COMPANY** ) | |
| **LLC, et al.,[1]** ) | |
| ) | **Chapter 7** |
| **Debtors.** ) | |
| ) | |

**ORDER AUTHORIZING PAYMENT OF GENERAL LIABILITY**
**INSURANCE PREMIUM ON ESTATE WELLBORES**

**CONSIDERING** the *Trustee's Emergency Motion for Authority to Pay General Liability Insurance Premium on Estate Wellbores* [P-1184], filed by Dwayne M. Murray, solely in his capacity as Chapter 7 trustee (the "**Trustee**") for the above-captioned bankruptcy estates; the record of the case; and good and sufficient cause appearing therefor;

**IT IS ORDERED** that the Trustee is authorized, from estate funds and without further order of this Court, to renew and bind the general liability coverage on the Albert Philyaw et ux Unit 8-1 #1 ST (API No. 01-053-20080) and the Container Corp. of America 1-5 #2 (API No. 01-

---

[1] The debtors in the above-captioned, jointly administered bankruptcy cases and the last four digits of each debtor's federal tax identification number are as follows: Escambia Operating Company, LLC (2190) ("**EOC**"), Case No. 23-50491-JAW; Escambia Asset Company, LLC (2000) ("**EAC**"), Case No. 23-50492-JAW; and Blue Diamond Energy, Inc. (2190) ("**BDE**," collectively with EOC and EAC, the "**Debtors**"), Case No. 23-50490-JAW.

1

053-20265) wellbores (the "**Insured Wells**") effective August 2, 2026, to incur the associated premium obligation, and to pay the $11,679.25 general liability insurance renewal premium for the August 2, 2026 to August 2, 2027 policy term, together with any subsequent renewal premiums reasonably necessary to maintain general liability coverage on the Insured Wells.

**IT IS FURTHER ORDERED** that such authority shall continue until the earlier of (a) further order of this Court, or (b) the date on which the Insured Wells are abandoned, transferred, or otherwise disposed of.

**IT IS FURTHER ORDERED** that the premiums authorized herein shall constitute actual, necessary costs and expenses of preserving the estate within the meaning of 11 U.S.C. § 503(b)(1)(A).

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**##END OF ORDER##**

**Submitted By:**

**STEWART ROBBINS & ALTAZAN, LLC**
301 Main Street, Suite 1640
P.O. Box 2348
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*/s/ Abigail W. Mock*
Brooke W. Altazan (MS # 105086)
baltazan@stewartrobbins.com
Paul Douglas Stewart, Jr. (La. #24661)
(*admitted Pro Hac Vice*)
dstewart@stewartrobbins.com
Abigail W. Mock (La. #41352)
(admitted Pro Hac Vice)
amock@stewartrobbins.com

*Counsel for Dwayne M. Murray,*
*Chapter 7 Trustee for the Bankruptcy*
*Estates of Escambia Operating Company LLC, et al.*