Wolters Kluwer

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201



quadient
FIRST-CLASS MAIL
AUTO - IMI
$000.67²
07/31/2026  ZIP 56303
043M32208265

US POSTAGE

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

**AUG 10 2026**

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

CT CORP-REJECT ENVL (05/2021)

15     GCD-13B     39501