**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201

quadient
FIRST-CLASS MAIL
AUTO - IMI
$000.67²
07/31/2026   ZIP 56303
043M32208265
US POSTAGE

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

**AUG 10 2026**

Danny L. Miller, Clerk of Court
By: _____ ,Deputy Clerk

15    CCD-138    35201

CT CORP-REJECT ENVL (05/2021)