**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201



FIRST-CLASS MAIL
AUTO - IMI
$000.67 ²
07/31/2026   ZIP 56303
043M32208265

US POSTAGE

quadient

SCREENED BY
US MARSHALS

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

AUG 10 2026

Danny L. Miller, Clerk of Court
By: _____ Deputy Clerk

CT CORP-REJECT ENVL (05/2021)

15    GCD-138    39501