**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201

quadient
FIRST-CLASS MAIL
AUTO - IMI
$000.67²
08/03/2026   ZIP 56303
043M32208265
US POSTAGE

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 10 2026

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

CT CORP-REJECT ENVL (05/2021)

15    GCD-138    39501