MSSB-NCAC (4/24)

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**

**AUG 10 2026**

DANNY L. MILLER, CLERK

BY _____ DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:   Escambia Operating Company, LLC

Case No.: 23-50491-JAW

Debtor

_Debtor(s)_

Chapter: 7

### Notice of Change of Address for Creditor

Bruce Rush _____ (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
_(As shown on matrix)_

5503 E Sheena Dr
Scottsdale, AZ 85254

**New Notice Address**:

7501 E Thompson Peak Pkwy, Unit 63
Scottsdale, AZ 85255

**New Payment Address**:
_(If applicable)_

**Proof of Claim Number(s)**: _____
_(If applicable)_

**Reason for Change of Address**:
☐ New Loan Servicer[1]
☑ New Location
☐ Other _____

Prepared By:

Signature: _Bruce Rush_

Name: _Bruce Rush_

Title: _Owner_

Phone No: _602-296-7410_

Address: _7501 E. Thompson Peak Pkwy_
_Unit 63_
_Scottsdale, AZ 85255_

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.