Bruce Rush
7501 E. Thompson Peak Pkwy
unit 63
Scottsdale, AZ 85255

PHOENIX AZ 852

6 AUG 2026 PM 10 L

Freedom
250

UNITED STATES
OF AMERICA
FOREVER/USA

**US Bankruptcy Court**
**Southern District of Mississippi**
**RECEIVED**

**AUG 10 2026**

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

US Bankruptcy Court
Dan M. Russell, Jr. US Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

39501-203669