CSC

null
**Transmittal Number: 34690120**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 11 2026

DANNY L. MILLER, CLERK
BY AB DEPUTY CLERK

# Rejection of Service of Process

**Return to Sender Information:**

Danny L. Miller, Clerk of Court null
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

| | |
|---|---|
| **Date:** | 08/03/2026 |
| **Party Served:** | Unclear |
| **Title of Action:** | In Re: Escambia Operating Company, LLC |
| **Case/Reference No:** | 23-50491-JAW |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

The legal process MUST specifically indicate which party is being served. Sufficient copies must be furnished so that we may transmit one copy for each defendant if multiple parties are being served. We cannot make copies of process if you have not provided sufficient copies. We also cannot choose against whom, among a group of potential defendants, service is directed if none among them are specifically designated as the entity being served.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.