CSC

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 11 2026

Danny L. Miller, Clerk of Court
By:__________,Deputy Clerk

D/S AUTH 2E-339
READING PA

FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE PITNEY BOWES
ZIP 19808 $ 000.72[1]
02 7W
0008045161 AUG 05 2026

SCREENED
US MARSH

GSJGRMP 39501