SAT-31907 0538-6 pdf012 23-51715
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 12 2026

Danny L. Miller, Clerk of Court
By:__________,Deputy Clerk

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
**CONTAINS NOTICE of a PROCEEDING in the UNITED STATES BANKRUPTCY COURT**

003426 0.702000 39501 #6#9 10806-2-3468 #C#P
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

**FIRST-CLASS MAIL**

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 6, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CASE NO. 23-50491-JAW**

**ESCAMBIA OPERATING COMPANY, LLC, *et al.*,**[1] **CHAPTER 7**

**DEBTORS.** **(Jointly Administered)**

---

**IN RE:** **CASE NO. 23-51715-JAW**

**EL DORADO GAS & OIL, INC., *et al.*,**[2] **CHAPTER 11**

**DEBTORS.** **(Substantively Consolidated)**

**NOTICE OF FINAL AGREED ORDERS ON FEE APPLICATIONS FILED BY PATRICK A. SHEEHAN AND THE LAW FIRM, SHEEHAN & RAMSEY, PLLC**

Notice is hereby given that the United States Trustee; Dwayne Murray, chapter 7 trustee for Escambia Operating Company, LLC, *et al.*; Dawn M. Ragan, the chapter 11 trustee for El Dorado Gas & Oil, Inc., *et al.*; and Patrick A. Sheehan have submitted for the Court's approval the attached Agreed Orders resolving on a final basis the following fee applications filed by Patrick A. Sheehan and his law firm, Sheehan & Ramsey, PLLC (together, "Sheehan"), and corresponding objections:

[1] The Debtors in these jointly administered cases are *Escambia Operating Company, LLC*, Case No. 23-50491-JAW; *Escambia Asset Company, LLC*, Case No. 23-50492-JAW, and *Blue Diamond Energy, Inc.*, Case No. 23-50490-JAW.
[2] The Debtors in these substantively consolidated cases are: *El Dorado Gas & Oil, Inc.*, Case No. 23-51715-JAW; *Hugoton Operating Company, Inc.*, Case No. 23-51139-JAW; *Bluestone Natural Resources II – South Texas, LLC*, Case No. 24-50223-JAW; and *World Aircraft, Inc.*, Case No. 24-50224-JAW.

## A. Escambia Operating Company, LLC, *et al.*:

- Second Amended First Application for Compensation for the Attorneys for the Debtor (Blue Diamond Energy, Inc.) (May 12, 2023 to June 29, 2023) (Interim Application) (EOC Dkt. #917);
- Second Amended First Application for Compensation for the Attorneys for the Debtor (Escambia Operating Company, LLC) (May 12, 2023 to June 29, 2023) (Interim Application) (EOC Dkt. #919);
- Second Amended First Application for Compensation for the Attorneys for the Debtor (Escambia Asset Company, LLC) (May 12, 2023 to June 29, 2023) (Interim Application) (EOC Dkt. #920);
- Second Amended First Application for Compensation for the Attorneys for the Debtor in Jointly Administered Cases (June 30, 2023 to October 12, 2023) (Interim Application) (EOC Dkt. #921);
- United States Trustee's Omnibus Objection to Second Amended First Applications for Compensation for the Attorney for the Debtors Blue Diamond Energy, Inc., Escambia Operating Company, LLC., and Escambia Asset Company, LLC (EOC Dkt. #1075); and
- Sheehan's Response to United States Trustee's Omnibus Objection to Second Amended First Applications for Compensation for the Attorney for the Debtors Blue Diamond Energy, LLC, Escambia Operating Company, LLC and Escambia Asset Company, LLC (EOC Dkt. #1135).

## B. El Dorado Gas & Oil, Inc., *et al.*:

- Second Amended First Application for Compensation for the Attorneys for the Debtor in Hugoton Operating Company, Inc. (August 14, 2023 to March 31, 2024) (EDGO Dkt. #1646);
- Amended First Interim Application for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtors for the Period from May 1, 2024 Through August 31, 2024 (EDGO Dkt. #1454);
- Amended Second Interim Application for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtors for the Period September 1, 2024 to December 31, 2024 (EDGO Dkt. #1455);
- Amended Third Interim Application for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtors for the Period January 1, 2025 to April 30, 2025 (EDGO Dkt. #1456);
- United States Trustee's Omnibus Objection to Amended Applications for Compensation for the Attorneys for the Debtors Hugoton Operating Company, Inc., El Dorado Gas & Oil, Inc., Bluestone Natural Resources II – South Texas, LLC, and World Aircraft, Inc. (EDGO Dkt. #1746);
- Trustee's Limited Omnibus Objection to the Applications for Compensation Filed by Sheehan & Ramsey, PLLC (EDGO Dkt. #1755) filed by Dawn M. Ragan, chapter 11 trustee; and
- Sheehan's Response to United States Trustee's Omnibus Objection to Amended Applications for Compensation for the Attorney for the Debtor Hugoton Operating, Inc., El Dorado Gas & Oil, Inc., Blue Stone Natural Resources II - South Texas, LLC, and World Aircraft, Inc. (EDGO Dkt. #1816).

**Any party opposing the Agreed Orders shall file a written response within twenty-one days or the Agreed Orders will be deemed final and approved by the Court without further notice or hearing.**

IT IS, THEREFORE, ORDERED that the attached Agreed Orders are approved by the Court and become final as of the date of this Order unless a written objection is filed by August 27, 2026.

##END OF ORDER##

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 6, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ESCAMBIA OPERATING COMPANY, LLC. *e. al.*[1]** **NO. 23-50491-JAW**
**CHAPTER 7**

**AGREED ORDER**

This matter came before the Court on four (4) applications (listed below) for approval of professional fees and reimbursement of expenses filed by Patrick Sheehan and the law firm of Sheehan & Ramsey, PLLC (collectively "**Sheehan**"), and the United States Trustee's omnibus objection thereto (the "**Omnibus Objection**")[2],[3]. The premises considered, the Court finds that all of the relevant parties (the "**Relevant Parties**")[4] have come to an agreed resolution of all issues before the Court, it has jurisdiction in this matter pursuant to 28 U.S.C. 1334, and venue is proper in the Southern District of Mississippi, and that this is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A)(B); and further finds as follows:

1 The debtors (together, "**Debtors**") in each of the above captioned jointly administered bankruptcy cases and the last four digits of each debtor's federal tax identification number are as follows; Escambia Operating Company, LLC (2190) ("**Escambia Operating**"). Case No. 23-50491-JAW; Escambia Asset Company, LLC (2000) ("**Escambia Asset**"), Case No. 23-50491-JAW; and Blue Diamond Energy, Inc. ("**Blue Diamond**) (2190), Case No. 23-50491-JAW.

2 *United States Trustee's Omnibus Objection to Second Amended First Applications for Compensation for the Attorney for the Debtors Blue Diamond Energy, Inc., Escambia Operating Company, LLC and Escambia Asset Company, LLC [Dkt. #917, #919, #920 and #921]*, filed 3/6/26 (Dkt. 1075).

3 All docket references are to the lead case in the jointly administered cases, Escambia Operating, No. 23-50491-JAW.

4 The Relevant Parties are the U.S. Trustee; the Chapter 7 Trustee for Escambia Operating, Escambia Asset and Blue Diamond; and Patrick Sheehan.

1. Sheehan filed four (4) fee applications (collectively "**Sheehan Fee Applications**") to which the U.S. Trustee filed his Omnibus Objection, listed as follows:

- *Second Amended First Application for Compensation for the Attorneys for the Debtor Blue Diamond Energy, Inc., May 12, 2023 to June 29, 2023;* (Dkt. 917) filed 12/18/25.
- *Second Amended First Application for Compensation for the Attorneys for the Debtor Escambia Operating Company, LLC, May 12, 2023 to June 29, 2023* (Dkt. 919) filed 12/19/25.
- *Second Amended First Application for Compensation for the Attorneys for the Debtor Escambia Asset Company, LLC May 12, 2023 to June 29, 2023* (Dkt. 920) filed 12/19/25.
- *Second Amended First Application for Compensation for the Attorneys for the Debtors in Jointly Administered Cases, June 30, 2023 to October 12, 2023* (Dkt. 921) filed 12/19/25.

2. The Sheehan Fee Applications request approval of professional fees and expenses for work on behalf of the three debtors in these jointly administered cases – fully detailed and supported by invoices and expense documentation – summarized as follows:

| Dkt. # | Professional Fees | Expenses | Total | Previously Paid | Total Approval Sought |
|---|---|---|---|---|---|
| 917 | $36,926.25 | $1,068.01 | $37,994.26 | $15,000.00 | $22,994.26 |
| 919 | $32,267.50 | $1,943.20 | $34,510.70 | $10,000.00 | $24,510.70 |
| 920 | $27,495.00 | $1,736.25 | $29,231.25 | $10,000.00 | $19,231.25 |
| 921 | $248,597.50 | $6,961.00 | $255,558.50 | $49,507.98 | $206,050.52 |
| | | | | $84,507.98 | $272,786.73 |

3. That the U.S. Trustee has conducted a thorough investigation of the underlying facts, examined all relevant pleadings, reviewed further material provided by Sheehan and has taken a Rule 2004 Examination of Patrick Sheehan to further inquire into the facts.

4. The Court finds that the Relevant Parties have agreed to resolve the Omnibus Objection as follows:

- The Fee Applications filed by Sheehan for professional fees and reimbursement of

expenses are approved only to the extent that they have been previously paid as set out in Paragraph 2 above and denied as to any further payment by the bankruptcy estates or the debtors.

- Sheehan will withdraw as counsel for each of the three (3) jointly administered debtors.
- Sheehan shall file no further fee applications in these jointly administered cases.

- That Patrick A. Sheehan attend continuing legal education (**CLE**) with a generally recognized CLE provider, or as approved by the U.S. Trustee, either in person or on the internet, in the following areas[5]:
  - Two (2) hours on trust account management; and
  - One (1) hour on conflicts in interest.

**IT IS THEREFORE ORDERED** as follows:

A. The agreement of the parties as set out in Paragraph 4 above is approved;

B. The Sheehan Fee Applications as set out in Paragraph 1 above are approved only as to amounts previously paid and denied as to any further payments by the bankruptcy estates or the debtors;

C. *Sheehan shall file no further fee applications in these jointly administered* cases.

D Sheehan shall withdraw as counsel for the debtors in the three (3) jointly administered cases within seven (7) days of the entry of this Order;

E. Patrick Sheehan shall be required to complete the CLE requirements set out in Paragraph 4 above within six (6) months of the date of this order and to certify completion to the U.S. Trustee in writing.

F. This is a FINAL ORDER.

**SO ORDERED.**

**###END OF ORDER###**

---

5 The CLE requirement herein shall be concurrent with and not in addition to that ordered in a contemporaneous and similar Agreed Order in Case No. 23-51715-JAW, styled El Dorado Gas & Oil, Inc., et al.



003427 31907003433034

**AGREED:**

______________________________
Robert Alan Byrd, Attorney for
Patrick Sheehan and Sheehan & Ramsey, PLLC

/S/Dwayne Murray
Chapter 7 Trustee

/S/Abigail M. Marbury
Assistant U.S. Trustee

PRESENTED BY:

ROBERT ALAN BYRD, MSB#7651
BYRD & WISER
PO DRAWER 1939
BILOXI, MS 39533
228-432-8123
228-432-7029 (FAX)
rab@byrdwiser.com

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: EL DORADO GAS & OIL, INC. *e. al.*[1]** — **NO. 23-51715-JAW**
**CHAPTER 11**

**AGREED ORDER**

This matter came before the Court on Applications and Statements (as listed and defined below) for approval of professional fees and expenses filed by Patrick Sheehan and the law firm of Sheehan & Ramsey, PLLC (collectively "**Sheehan**"), the United States Trustee's omnibus objection thereto (the "**Omnibus Objection**")[2], and the limited omnibus objection[3] of the Chapter 11 Trustee, Dawn Ragan[4] (the "**Limited Omnibus Objection**") (collectively the "**Omnibus Objections**"). The premises considered, the Court finds that all of the relevant parties (the "**Relevant Parties**")[5] have come to an agreed resolution of all issues before the Court, that the Court has jurisdiction in this matter pursuant to 28 U.S.C. 1334, and venue is proper in the Southern District of Mississippi, and that this is a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors in these four (4) chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581)(**El Dorado**); Hugoton Operating Company, Inc. (3245)(**Hugoton**); Bluestone Natural Resources, II- South Texas, LLC (4581)(**Bluestone**) and World Aircraft, Inc. (4581)(**World Aircraft**).

[2] *United States Trustee's Omnibus Objection to Amended Applications for Compensation for the Attorneys for Hugoton Operating Company, Inc., El Dorado Gas & Oil, Inc., Bluestone Natural Resources II – South Texas, LLC, and World Aircraft, Inc. [Dkt. # 1454, 1455, 1456 and 1646]*, filed 3/6/26 (Dkt. 1746).

[3] *Trustee's Limited Omnibus Objection to the Application for Compensation filed by Sheehan & Ramsey, PLLC [Relates to Docket Nos. 1454, 1455, 1456 and 1646]*, filed 3/11/26 (Dkt. 1755).

[4] Dawn Ragan is the duly appointed Chapter 11 Trustee for EDGO and Hugoton; the Independent Manager for Bluestone; and the Independent Director for World Aircraft (the "**Trustee**").

[5] The Relevant Parties are the U.S. Trustee; Dawn Ragan, as Chapter 11 Trustee for El Dorado and Hugoton and as manager of Bluestone and director of World Aircraft; and Patrick Sheehan.



003427 31907003433043

157(b)(2)(A)(B); and further finds as follows:

1. Sheehan filed fee applications and monthly fee statements[6] with the Court in these four now substantively consolidated cases for approval for payment of fees and reimbursement of expenses from the various pre-petition estates of a total of $666,768.84, of which $273,457.00 remains unpaid. Said fee applications and pertinent statements are listed as follows[7]:

**FEE APPLICATIONS:**

- *First Application for Compensation for the Attorneys for the Debtor in El Dorado Gas & Oil, Inc.* (December 23, 2023 to May 31, 2024) [Dkt. 665][8].
- *First Application for Compensation for the Attorneys for the Debtor* (Bluestone) [Bluestone Dkt. 108].
- *First Application for Compensation for the Attorneys for the Debtor* (World Aircraft) [World Aircraft Dkt. 86].
- *Amended First Interim Application for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtors for the Period from May 1, 2024 through August 31, 2024* (4 cases) [Dkt. 1454].
- *Amended Second Interim Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2024 through December 31, 2024* (4 cases) [Dkt. 1455].
- *Amended Third Interim Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from January 1, 2025 to April 30, 2025* (4 cases) [Dkt. 1456].
- *Second Amended First Application for Compensation for the Attorneys for the Debtor in Hugoton Operating Company, Inc.* (August 14, 2023 to March 31,

[6] Pursuant to *Order Granting Motion to Implement Interim Compensation and Reimbursement Procedures for Professionals* (Dkt. 314), professionals are authorized to file monthly fee statements and be paid 80% of professional fees and 100% of expenses, subject to final approval by the Court.

[7] The documents styled as "amended" amend prior filings that are identical in amounts for which approval is requested and were filed only to provide disclosure as to third party payments.

[8] All docket references are to documents filed in the El Dorado case unless indicated otherwise.

2024) [Dkt. 1646] (collectively, the "**Applications**").

**FEE STATEMENTS:**

- *Twelfth Monthly Fee Statement for ... El Dorado Gas & Oil, Inc., and Jointly Administered Cases (May 1, 2025 to May 31, 2025).* [Dkt. 1358].
- *Thirteenth Monthly Fee Statement for ... El Dorado Gas & Oil, Inc., and Jointly Administered Cases (June 1, 2025 to June 30, 2025).* [Dkt. 1416].
- *Fourteenth Monthly Fee Statement for ... El Dorado Gas & Oil, Inc., and Jointly Administered Cases (July 1, 2025 to July 31, 2025).* [Dkt. 1475].
- *Fifteenth Monthly Fee Statement for ... El Dorado Gas & Oil, Inc., and Jointly Administered Cases (August 1, 2025 to August 31, 2025).* [Dkt. 1535] (collectively, the "**Statements**").

2. The U.S. Trustee and Chapter 11 Trustee filed their Omnibus Objections, specifically to the Applications at Documents No. 1454, 1455, 1456 and 1646.

3. That the U.S. Trustee and the Chapter 11 Trustee have both conducted a thorough investigation of the underlying facts, examined all relevant pleadings, and reviewed further material provided by Sheehan. Further, the U.S. Trustee has taken a Rule 2004 Examination of Patrick Sheehan to further inquire into the facts.

4. The Court finds that the Relevant Parties have agreed to resolve the Omnibus Objections as follows:

- That Sheehan's fees, as presented in Applications covering the period from August 14, 2023 through April 30, 2025, and Statements for May, June, July and August, 2025, be approved with a reduction of $150,000.00, leaving $123,457.97 to be paid.
- That Sheehan shall file a motion to withdraw as counsel for each of the four (4) substantively consolidated cases.
- That Sheehan shall file no further fee applications in these substantively consolidated cases.
- That Patrick Sheehan attend continuing legal education (**CLE**) with a generally

recognized CLE provider, or as approved by the U.S. Trustee, either in person or on the internet, in the following areas[9]: two (2) hours on trust account management; and one (1) hour on conflicts in interest.

**IT IS THEREFORE ORDERED** as follows:

1 That Sheehan's Applications and the amount set out in Statements for May, June, July and August (Dkt. 1358, 1416, 1475 and 1535) are approved for payment with a reduction of $150,000 in the total amount requested to be paid, for an amount authorized to be paid under Applications and Statements previously filed of $123,457.94.

2 That the Trustee is authorized to pay Sheehan the agreed-upon, approved fees and expenses in the amount of $123,457.94 upon entry of this Order.

3 That Sheehan shall file a motion to withdraw as counsel for each of the four (4) substantively consolidated cases within 7 days of the entry of this order.

4 That Sheehan shall file no further fee applications or fee statements in these substantively consolidated cases.

5 That Patrick Sheehan attend continuing legal education (CLE) with a generally recognized CLE provider, or as approved by the U.S. Trustee, either in person or on the internet, in the following areas: two (2) hours on trust account management; and one (1) hour on conflicts in interest.

6 This Order shall fully and finally resolve any and all issues related to Sheehan's Applications and Statements.

[9] The CLE requirement herein shall be concurrent with and not in addition to that ordered in a contemporaneous and similar Agreed Order in Case No. 23-50491-JAW, styled Escambia Operating Company, LLC, et al.

7. This is a FINAL ORDER.

**SO ORDERED.**

**###END OF ORDER###**

**AGREED:**

MSB 7651

Robert Alan Byrd, Attorney for
Patrick Sheehan and Sheehan & Ramsey, PLLC

/S/Dawn Ragan
Chapter 11 Trustee for El Dorado Gas & Oil, Inc. and Hugoton Operating Company Inc.; Independent Manager for Bluestone Natural Resources II – South Texas LLC, and Independent Director of World Aircraft, Inc.

/S/Abigail M. Marbury
Assistant U.S. Trustee



003427 31907003433061

SAT-31907 0538-6 pdf012 23-50491
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

003427 0.702000 39501 6 9 10806-2-3469

U.S. BANKRUPTCY COURT
DAN M RUSSELL JR US COURTHOUSE
2012 15TH STREET
SUITE 244
GULFPORT, MS 39501-2036

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
https://bankruptcynotices.uscourts.gov