SUN-70604 0538-6 hn030jaw 23-50491
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 13 2026

DANNY L. MILLER, CLERK
BY_______________DEPUTY CLERK

007620 0.667000 77040 0 7 10795-1-7620
ROBERT WAYNE MAGEE
7703 CADENZA COURT
HOUSTON, TX 77040-2546

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>Robert Wayne Magee<br>1822 Cheshire LN<br>Houston, TX 77018 | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

Form hn030jaw (11/24)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Escambia Operating Company, LLC

CASE NO. 23–50491–JAW

DEBTOR.

CHAPTER 7

## NOTICE OF HEARING

The Trustee has filed an Emergency Motion for Authority to Pay General Liability Insurance Premium on Estate Wellbores, and Request for Expedited Hearing (the "Motion") (Dkt. #1184) with the Court in the above–styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a telephonic hearing (the "Hearing") on July 27, 2026, at 10:00 AM to consider and act upon the Motion . **The dial–in number for the telephonic hearing is 833–990–9400 or 571–353–2301; Access Code: 8279999**.

If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

Dated: 7/23/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

<u>Parties Noticed</u>:

All Creditors and Parties Listed on the Mailing Matrix