Robert Magee
1822 Cheshire LN
Houston, TX 77018

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 13 2026

Danny L. Miller, Clerk of Court
By: AB Deputy Clerk

HOUSTON TX RPDC 773
11 AUG 2026 AM 1 L

Freedom 250




SCREENED BY
US MARSHALL

Danny L Miller, Clerk of Court
U.S. Bankrupcy Court
Dan M Russell, Jr U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

39501-203698