Mattie Frances Watson Lisenby
12813 Waterford Circle
Fort Myers, FL 33919

CERTIFIED MAIL®

9589 0710 5270 3659 5433 14

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 17 2026

Danny L. Miller, Clerk of Court
By:______________, Deputy Clerk

ail

99

39201

U.S. POSTAGE PAID
FCM LETTER
FORT MYERS, FL 33907
AUG 12, 2026

$6.37

S2323A502585-55

Federal Bankrupty Court
501 E. Court St., Suite 2300
Jackson, Mississippi 39201

39201-502299