**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ESCAMBIA OPERATING COMPANY, LLC. *et. al.*[1]** **NO. 23-50491-JAW**
**CHAPTER 11**

---

# MOTION TO WITHDRAW AS COUNSEL

---

**COMES NOW** Patrick A. Sheehan and the law firm of Sheehan & Ramsey, PLLC (collectively the "**Movant**") and respectively move to withdraw as counsel for Debtor, **Escambia Operating Company, LLC** (Case No.: 23-50491-JAW).

The case has been converted from Chapter 11 to a case under Chapter 7, and a Chapter 7 trustee is in place and represented by counsel; and the Debtor no longer requires the services of the Movant.

**WHEREFORE** the Movant respectfully requests that the Court authorize withdrawal as counsel for the Debtor.

**THIS** the 18th day of August 2026.

**RESPECTFULLY SUBMITTED**

/s/Patrick A. Sheehan
**PATRICK A. SHEEHAN**
Attorney for Debtors

Patrick A. Sheehan, MS Bar #6747
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS 39564
Phone: (228) 875-0572
pat@sheehanramsey.com

[1] The Debtors in these four (4) chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581)(**El Dorado**); Hugoton Operating Company, Inc. (3245)(**Hugoton**); Bluestone Natural Resources, II- South Texas, LLC (4581)(**Bluestone**) and World Aircraft, Inc. (4581)(**World Aircraft**).

## CERTIFICATE OF SERVICE

I, the undersigned PATRICK A. SHEEHAN, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: all ECF participants; and I hereby certify that I have mailed by U.S. Postal Service the documents to the following non-ECF participants: none.

This the 18th day of August 2026.

/s/ *Patrick A. Sheehan*
PATRICK A. SHEEHAN