**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DISTRICT**

**IN RE: ESCAMBIA OPERATING COMPANY, LLC[1]** **CHAPTER 11**
**CASE NO. 23-50491 JAW**

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came on this date on the Motion to Withdraw as Counsel (Doc. 1215) for Debtor, Escambia Operating Company, LLC (Case No.: 23-50491-JAW), and the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw as Counsel is hereby granted.

## END OF ORDER ##

Submitted by:
Patrick A. Sheehan, MSB # 6747
Sheehan & Ramsey, PLLC
429 Porter Avenue
Ocean Springs, MS 39564
pat@sheehanramsey.com

[1] The debtors (together, "**Debtors**") in each of the above captioned bankruptcy cases and the last four digits of each debtor's federal tax identification number are as follows; Escambia Operating Company, LLC (2190) ("**Escambia Operating**"). Case No. 23-50491-JAW; Escambia Asset Company, LLC (2000) ("**Escambia Asset**"), Case No. 23-50491-JAW; and Blue Diamond Energy, Inc. ("**Blue Diamond**) (2190), Case No. 23-50491-JAW.