MSSB-NCAC (4/24)

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2026
DANNY L. MILLER, CLERK
BY AB DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Escambia Operating Company, LLC

*Debtor(s)*

Case No.: 23-50491-JAW

Chapter: 7

## Notice of Change of Address for Creditor

Joanie Holsonback (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(As shown on matrix)*
3505 Stratford Lane
Pace, FL 32571

**New Notice Address:**
10587 Relic Rd. S
Mobile, AL 36608

**New Payment Address:**
*(If applicable)*
10587 Relic Rd. S
Mobile, AL 36608

**Proof of Claim Number(s):** ______
*(If applicable)*

**Reason for Change of Address:**
- ☐ New Loan Servicer[1]
- ☑ New Location
- ☐ Other ______

Prepared By:

Signature: Joanie Holsonback
Name: Joanie Holsonback
Title: creditor
Phone No: 850-712-1106

Address: 10587 Relic Rd. S
Mobile, AL 36608

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on August 18, 2026 (Date) addressed to:

Debtor(s):

Escambia Operating Company, LLC

Joanie Holsonback

Name

Joanie Holsonback

Signature

PRINT SAVE RESET