Joanie Holsonback
105 87 Relic Rd. S.
Mobile, AL 36608

MOBILE AL 366
19 AUG 2026 AM 1 L

Freedom 250

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 20 2026

Danny L. Miller, Clerk of Court
By: AB, Deputy Clerk

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St. Suite 244
Gulfport, MS 39501

39501-203669