United States Bankruptcy Court
Southern District of Mississippi

In re:
Escambia Operating Company, LLC
Blue Diamond Energy, Inc.
Debtors

Case No. 23-50491-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6
Date Rcvd: Sep 09, 2026

User: mssbad
Form ID: pdf012

Page 1 of 5
Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Escambia Operating Company, LLC, 1261 Pass Road, Gulfport, MS 39501-6236 |
| jadmindb | + | Blue Diamond Energy, Inc., 1261 Pass Rd., Gulfport, MS 39501-6236 |
| jadmindb | + | Escambia Asset Company, LLC, 1261 Pass Road, Gulfport, MS 39501-6236 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Blue Diamond Energy, Inc., 1261 Pass Rd., Gulfport, MS 39501-6236 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Abigail Wood Mock | on behalf of Trustee Dwayne M. Murray amock@stewartrobbins.com |
| Alan Lee Smith | on behalf of Creditor Briguna LLC asmith@bakerdonelson.com |

Alan Lee Smith
on behalf of Creditor ATIC Limited Partnership asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor Resource Strategies III LLC asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor Resource Strategies LLC asmith@bakerdonelson.com

Alan Lee Smith
on behalf of Creditor American National Insurance Company asmith@bakerdonelson.com

Austin James Tulp
on behalf of Creditor Briguna LLC jtulp@bakerdonelson.com

Austin James Tulp
on behalf of Creditor ATIC Limited Partnership jtulp@bakerdonelson.com

Austin James Tulp
on behalf of Creditor American National Insurance Company jtulp@bakerdonelson.com

Austin James Tulp
on behalf of Creditor Resource Strategies LLC jtulp@bakerdonelson.com

Benjamin Young Ford
on behalf of Creditor ATIC Limited Partnership byf@ajlaw.com chs@ajlaw.com

Benjamin Young Ford
on behalf of Creditor Resource Strategies LLC byf@ajlaw.com, chs@ajlaw.com

Benjamin Young Ford
on behalf of Creditor Briguna LLC byf@ajlaw.com, chs@ajlaw.com

Benjamin Young Ford
on behalf of Creditor American National Insurance Company byf@ajlaw.com chs@ajlaw.com

Bradley Jason Benoit
on behalf of Trustee Drew Mcmanigle brad.benoit@bracewell.com

Bradley R. Hightower
on behalf of Creditor Waupaca Foundry Inc. brhightower@csattorneys.com, cfellis@csattorneys.com

Bradley R. Hightower
on behalf of Creditor Waupauca Foundry Inc. brhightower@csattorneys.com, cfellis@csattorneys.com

Bradley R. Hightower
on behalf of Creditor Perfection Global LLC d/b/a Perfection Industrial Sales brhightower@csattorneys.com, cfellis@csattorneys.com

Bradley R. Hightower
on behalf of Creditor WDR Mechanical Contractors Inc. brhightower@csattorneys.com, cfellis@csattorneys.com

Brandon Bell
on behalf of Creditor Breitburn Operating L.P. bbell@hunton.com

Brooke Watford Altazan
on behalf of Trustee Dwayne M. Murray baltazan@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;baltazan@ecf.courtdrive.com

Bryan S. Dumesnil
on behalf of Trustee Drew Mcmanigle bryan.dumesnil@bracewell.com

Christopher H Meredith
on behalf of Creditor Patterson Services Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
on behalf of Creditor Baker Hughes Oilfield Operations LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
on behalf of Creditor Eastern Energy Services Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

David Curry, Jr
on behalf of Creditor First Service Bank nhollon@okinadams.com

Don Paul Stecker
on behalf of Creditor McMullen County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com

| | |
|---|---|
| Douglas C. Noble | on behalf of Trustee Drew Mcmanigle dnoble@mmqnlaw.com hbreland@mmqnlaw.com |
| Dwayne M. Murray | on behalf of Trustee Dwayne M. Murray dmm@murraylaw.net LA18@ecfcbis.com;trustee2@murraylaw.net;alonna@murraylaw.net |
| Dwayne M. Murray | dmm@murraylaw.net LA18@ecfcbis.com;trustee2@murraylaw.net;alonna@murraylaw.net |
| Edward Arthur Dean | on behalf of Creditor American National Insurance Company ead@ajlaw.com lsh@ajlaw.com |
| Edward Arthur Dean | on behalf of Creditor Resource Strategies LLC ead@ajlaw.com, lsh@ajlaw.com |
| Edward Arthur Dean | on behalf of Creditor Breitburn Operating L.P. ead@ajlaw.com, lsh@ajlaw.com |
| Edward Arthur Dean | on behalf of Creditor ATIC Limited Partnership ead@ajlaw.com lsh@ajlaw.com |
| Edward Arthur Dean | on behalf of Creditor Briguna LLC ead@ajlaw.com, lsh@ajlaw.com |
| Elizabeth Weis De Leon | on behalf of Trustee Drew Mcmanigle edeleon@joneswalker.com |
| Evan N Parrott | on behalf of Trustee Drew Mcmanigle eparrott@maynardnexsen.com amontgomery@maynardnexsen.com |
| Evan N Parrott | on behalf of Trustee Dwayne M. Murray eparrott@maynardnexsen.com amontgomery@maynardnexsen.com |
| Evan N Parrott | on behalf of Special Counsel Maynard Nexsen P.C. eparrott@maynardnexsen.com amontgomery@maynardnexsen.com |
| Harrison Willis | on behalf of Creditor Taslog Limited LP hwillis@cloudwillis.com |
| Jamie Dodds Cangelosi | on behalf of Trustee Dwayne M. Murray jcangelosi@stewartrobbins.com |
| Jarrett Little | on behalf of Creditor Taslog Limited LP jarrett@thelittlelaw.com, ecf@thelittlelaw.com |
| Jarrett Little | on behalf of Creditor Dufour Marketing Inc. jarrett@thelittlelaw.com, ecf@thelittlelaw.com |
| Jason R. Watkins | on behalf of Attorney Silver Voit Garrett & Watkins jwatkins@silvervoit.com JAY@ecf.courtdrive.com |
| Jason R. Watkins | on behalf of Creditor Parker & Son LLC jwatkins@silvervoit.com, JAY@ecf.courtdrive.com |
| Jason R. Watkins | on behalf of Creditor Parker & Son Inc. jwatkins@silvervoit.com, JAY@ecf.courtdrive.com |
| Jason R. Watkins | on behalf of Creditor 1 Source Power & Equipment jwatkins@silvervoit.com JAY@ecf.courtdrive.com |
| Jeffrey Ryan Barber | on behalf of Interested Party Drew McManigle jbarber@joneswalker.com jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com |
| Jeffrey Ryan Barber | on behalf of Attorney Jones Walker LLP jbarber@joneswalker.com jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com |
| Jeffrey Ryan Barber | on behalf of Financial Advisor MACCO Restructuring Group LLC jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com |
| Jeffrey Ryan Barber | on behalf of Trustee Drew Mcmanigle jbarber@joneswalker.com jmaxey@joneswalker.com;mgreen@joneswalker.com;jeff-barber-3516@ecf.pacerpro.com |
| Jim F. Spencer, Jr. | on behalf of Creditor Florida Gas Transmission Company LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John A. Crawford, Jr | on behalf of Creditor First Service Bank jack.crawford@butlersnow.com felicia.wilson@butlersnow.com;ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com |

John E. Mitchell
on behalf of Creditor Florida Gas Transmission Company LLC john.mitchell@katten.com, janice.brooks-patton@katten.com

Jonathan M Lieb
on behalf of Creditor Breitburn Operating L.P. jlieb@mcdowellknight.com, aodom@mcdowellknight.com

Joseph Eric Bain
on behalf of Trustee Drew Mcmanigle jbain@joneswalker.com

Joseph Eric Bain
on behalf of Interested Party Drew McManigle jbain@joneswalker.com

Katherine Hopkins
on behalf of Interested Party Dawn Ragan katherine.hopkins@kellyhart.com janet.mcneese@kellyhart.com

Kevin A. Rogers
on behalf of Creditor PPM Consultants Inc. krogers@wellsmar.com, kthompson@wellsmarble.com

Kristina M. Johnson
on behalf of Trustee Drew Mcmanigle kjohnson@joneswalker.com
kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Mary-Frank Brown
on behalf of Creditor Alabama Department of Environmental Management maryfrank.brown@adem.alabama.gov

Nancy Lee Ribaudo
on behalf of Interested Party Dawn Ragan nancy.ribaudo@kellyhart.com

Nicholas J. Smeltz
on behalf of Trustee Dwayne M. Murray nsmeltz@hinshawlaw.com

Olivia Greenberg
on behalf of Interested Party Drew McManigle ogreenberg@joneswalker.com

Olivia Greenberg
on behalf of Trustee Drew Mcmanigle ogreenberg@joneswalker.com

Patrick A. Sheehan
on behalf of Attorney Sheehan & Ramsey PLLC Pat@sheehanramsey.com,
tammy@sheehanramsey.com;lisa@sheehanramsey.com;Dona@sheehanramsey.com;mike@sheehanramsey.com;drew@sheehanramsey.com;greenstonecap1@gmail.com

Patrick A. Sheehan
on behalf of Creditor Martindale Consultants Inc. Pat@sheehanramsey.com,
tammy@sheehanramsey.com;lisa@sheehanramsey.com;Dona@sheehanramsey.com;mike@sheehanramsey.com;drew@sheehanramsey.com;greenstonecap1@gmail.com

Patrick Lawrence McCune
on behalf of Creditor Sehoy Energy Limited Partnership pmccune@wwmlaw.com rbrown@wwmlaw.com

Paul Douglas Stewart, Jr.
on behalf of Trustee Dwayne M. Murray dstewart@stewartrobbins.com
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

R. Michael Bolen
on behalf of Interested Party Dawn Ragan rmb@hoodbolen.com wrh@hoodbolen.com

Robert Alan Byrd
on behalf of Attorney Sheehan & Ramsey PLLC rab@byrd-wiser.com, wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Shauncey Hunter Ridgeway
on behalf of Creditor Perfection Global LLC d/b/a Perfection Industrial Sales shridgeway@csattorneys.com,
mbpalmer@csattorneys.com;shauncey-ridgeway-2987@ecf.pacerpro.com

Shauncey Hunter Ridgeway
on behalf of Creditor Waupaca Foundry Inc. shridgeway@csattorneys.com,
mbpalmer@csattorneys.com;shauncey-ridgeway-2987@ecf.pacerpro.com

Steven Usry
on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Swati Parashar
on behalf of Trustee Drew Mcmanigle sparashar@joneswalker.com

Swati Parashar
on behalf of Interested Party Drew McManigle sparashar@joneswalker.com

Sylvie Derdeyn Robinson
on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov

Thomas M Hewitt
on behalf of Creditor First Service Bank thomas.hewitt@butlersnow.com
ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

| | |
|---|---|
| Timothy J. Anzenberger | on behalf of Creditor Waupauca Foundry Inc. tim.anzenberger@arlaw.com, amy.nichols@arlaw.com |
| Timothy J. Anzenberger | on behalf of Creditor Perfection Global LLC d/b/a Perfection Industrial Sales tim.anzenberger@arlaw.com, amy.nichols@arlaw.com |
| Timothy J. Anzenberger | on behalf of Creditor Waupaca Foundry Inc. tim.anzenberger@arlaw.com, amy.nichols@arlaw.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William F. Blair | on behalf of Creditor Clarkco Oilfield Services bill@bbfirm.com laurie@bbfirm.com |
| William S. Robbins | on behalf of Trustee Dwayne M. Murray wrobbins@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@ecf.courtdrive.com |
| Yelena E. Archiyan | on behalf of Creditor Florida Gas Transmission Company LLC yelena.archiyan@katten.com, janice.brooks-patton@katten.com |

TOTAL: 87

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**ESCAMBIA OPERATING COMPANY, LLC, *et al.,*[1]** **CASE NO. 23-50491-JAW**

**DEBTOR.** **CHAPTER 7**
*Jointly Administered*

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

You are hereby notified that the Court will hold a telephonic status conference on September 10, 2026, at 9:00 a.m., in the above-styled case, on the following:

(1) Trustee's Emergency Motion to Enforce the Automatic Stay and to Award Sanctions (the "Motion") (Dkt. #930)

(2) Chapter 11 Trustee's Motion for an Order Pursuant to Bankruptcy Rule 9019 Authorizing Settlement of Litigation (the "Motion") filed by Drew McManigle (Dkt. #997)

Please call 1-833-990-9400 or 571-353-2301 (the "Conference Line") at the appointed time if you would like to participate. The access code is: 8279999#.

Dated: 9/9/2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
U.S. Bankruptcy Court
501 E. Court Street, Suite 2.300
Jackson, MS 39201
601-608-4600

[1] Jointly administered with ***In re:*** Escambia Asset Company, LLC, Case No. 23-50492-JAW; ***In re:*** Blue Diamond Energy, Inc., Case No. 23-50490-JAW

**Parties Noticed**:

Escambia Operating Company, LLC, Debtor

Escambia Asset Company, LLC, Debtor

Blue Diamond Energy, Inc., Debtor

Patrick A. Sheehan., Esq.

Drew McManigle

Jeffrey R. Barber, Esq.

Joseph E. Bain, Esq.

Bradley J. Benoit, Esq.

Evan N. Parrott, Esq.

Dwayne M. Murray, Chapter 7 Trustee

Brook Watford Altazan, Esq.

Brandon Augustus Brown, Esq.

Jamie Dodds Cangelosi, Esq.

Abigail Wood Mock, Esq.

William S. Robbins, Esq.

Nicholas J. Smeltz, Esq.

Paul Douglas Stewart, Jr., Esq.

Abigail M. Marbury, Esq., Counsel for the United States Trustee

Office of the United States Trustee

All Parties Filing a Notice of Appearance